UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHA VISCONTI,

Plaintiff,

v.

ELAINE WENDY MANDEL, *et al.*,

Defendants.

Case No.  23-cv-06262-RMI

**ORDER OF TRANSFER**

Re: Dkt. No. 2

This is a civil rights case brought *pro se* by a detainee. Plaintiff presents allegations pertaining to events that occurred in Los Angeles County. That county is located in the Central District of California. The acts underlying this civil rights complaint occurred in the Central District; also, the named Defendants are located in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: January 10, 2024

ROBERT M. ILLMAN
United States Magistrate Judge